**Patrick G. DAVIS, Petitioner–Appellant,**

**v.**

**UNITED STATES of America, Respondent–Appellee,**

and

**State Farm Insurance Company; Austin Homes; American Express Company; Davidson United Methodist Church, Respondents.**

**No. 01–1456.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Patrick G. Davis, pro se.

Kenneth L. Greene, Carol Ann Barthel, Lawrence P. Blaskopf, Christopher J. Kayser, United States Department of Justice, Washington, DC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Patrick G. Davis appeals the district court's order denying the Petitioner's petition to quash summons and motion to quash-attest. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Davis v. United States,* No. MISC–99–4–3–V (W.D.N.C. Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*